# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-CR-186 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| JEREMY SCOTT BECKER, | |
| Defendant(s). | |

Presently before the court is Jeremy Scott Becker's ("Becker") motion for a copy of his sentencing order, filed pro se. (ECF No. 108).

Local rule IA 11-6 provides that "[u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; *all filings must thereafter be made by the attorney*." (emphasis added). Local rule IC 7-1 further provides that "[t]he court may strike documents that do not comply with these rules."

W. Michael Horvath appeared as designated retained counsel for Mr. Becker on August 25, 2021. (ECF No. 102). Mr. Horvath has not since been terminated from the case and Mr. Becker has not applied to this court to proceed *in forma pauperis*. Indeed, Mr. Becker recently filed a 28 U.S.C. § 2255 motion (ECF No. 109) through his retained counsel. Thus, Mr. Becker's motion was improperly submitted as a pro se motion without the signature of his attorney or points and authorities. (*See* ECF No. 108).

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Mr. Becker's motion for a copy of his sentencing order (ECF No. 108) be, and the same hereby is, DENIED, and STRICKEN and held for naught.

The court shall strike ECF No. 108 from the docket.

DATED January 18, 2022.

_____
UNITED STATES DISTRICT JUDGE