UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-CR-186 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| JEREMY SCOTT BECKER, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Becker*, case no. 2:04-cr-00186-JCM-PAL-1. Jeremy Scott Becker ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 109). The court has examined the motion and finds that further briefing is appropriate. The United States ("respondent") shall file a response within 21 days from the date of this order. Thereafter, petitioner will have 14 days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 109) no later than 21 days from the date of this order. Petitioner may file a reply within 14 days.

The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:22-cv-00058-JCM.

DATED April 4, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**