**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                        Plaintiff(s),<br>   v.<br>JEREMY SCOTT BECKER,<br>                        Defendant(s). | Case No. 2:04-CR-186 JCM (BNW)<br><br>ORDER |

The court hereby clarifies the orders of restitution previously entered as part of the judgments in this case as to defendants Jeremy Scott Becker and Andre DeShawn Winters. (ECF Nos. 68, 72). The court previously ordered the defendants to pay restitution, joint and several, but the judgments did not provide the payee's information. (*Id.*).

Accordingly, with good cause appearing,

**IT IS ORDERED** that the defendants shall make restitution to the following payee:

Name of Payee:        NEVADA STATE BANK
Amount of Restitution:   $3,601.00

**Total Amount of Restitution ordered: $3,601.00\***

\*The Restitution amount of $3,601.00 is joint and several between Jeremy Scott Becker and Andre DeShawn Winters and does not include any payments receipted by the court.

DATED July 19, 2024.

_____
UNITED STATES DISTRICT JUDGE